ZENÓN, PETICIONARIO, *v.* LÓPEZ ACOSTA, JUEZ DE DISTRITO, ET AL., DEMANDADOS.

SOLICITUD para que se expida un mandamiento inhibitorio al Juez de la Corte de Distrito de Guayama para prohibirle que haga ejecutar la sentencia dictada en un caso de *injunction* contra el Consejo Ejecutivo en un asunto electoral.

No. 13.—Resuelto en sesión extraordinaria en octubre 13, 1914.

La resolución dictada en este caso se funda en los razonamientos que habrían de exponerse en la opinión que emitiría posteriormente el tribunal, y con el fin de no demorar la impresión de este volumen, dicha opinión se insertará en el sitio que le corresponda, según la fecha en que sea emitida.